**JUSTICE LAW CENTER**
1100 South Tenth Street, Las Vegas NV 89104
Tel (702) 731-0000 Fax (702) 974-4008

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO. 2:14-cr-00079 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRYON QUACKENBUSH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER CONTINUING SENTENCING

Before the Court is a Motion to Continue Sentencing filed Under Seal [Dkt. #93] on December 6, 2016 by Defendant, Bryon Quackenbush, through Bret Whipple, Esq. of Justice Law Center. Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Bryon Quackenbush's Motion to Continue is hereby granted and the Sentencing shall be continued from December 14, 2016 at 1:30 p.m. and set for the 1st day of February, 2017 at 9:00 a.m..

Dated this 12th day of December, 2016.

_____
HONORABLE KENT DAWSON

Submitted by:

     /s/ Bret Whipple
Bret O. Whipple, Esq.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 South Tenth Street
Las Vegas, Nevada 89104
Tel: (702) 731-0000
Fax: (702) 974-4008