# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRYON QUACKENBUSH,<br><br>　　　　Defendant. | Case No. 2:14-CR-0079-KJD-PAL<br><br>**ORDER** |

Presently before the Court are Defendant's Motion to Seal (#98) and Motion to Seal (#99). Having read and considered the motions, and good cause being found, the Court grants the motions. Defendant is ordered to provide copies of the sealed documents to the Government.

**IT IS SO ORDERED.**

DATED this 24TH day of February 2017.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　United States District Judge