1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7                   **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 8 | UNITED STATES OF AMERICA, ) | 2:14-CR-079-KJD-(PAL) |
| 9 | Plaintiff, ) | |
| 10 | v. ) | Final Order of Forfeiture |
| 11 | BRYON QUACKENBUSH, ) | |
| 12 | Defendant. ) | |

13        The United States District Court for the District of Nevada entered a Preliminary Order of

14   Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

15   2428(a)(1); Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States

16   Code, Section 2461(c); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21,

17   United States Code, Section 853(p) based upon the plea of guilty by defendant Bryon

18   Quackenbush to the criminal offenses, forfeiting the property set forth in the Plea Agreement and

19   the Forfeiture Allegations of the First Superseding Criminal Indictment and shown by the United

20   States to have the requisite nexus to the offenses to which defendant Bryon Quackenbush pled

21   guilty. First Superseding Criminal Indictment, ECF No. 62; Change of Plea, ECF No. 84; Plea

22   Agreement, ECF No. 85; Preliminary Order of Forfeiture, ECF No. 88.

23        This Court finds the United States of America published the notice of forfeiture in

24   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

25   consecutively from September 15, 2016, through October 14, 2016, notifying all potential third

26   parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 89.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2428(a)(1); Title 18, United States Code, Section 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2253(a)(1) and (a)(3); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Asus G50V Laptop with a power source serial #91N0AS11492303E;

2. Motorola Tracphone IMEI: 356467010946409;

3. Blue Apple iPhone 5C, model A1532, FCC ID: BCG-E2644A;

4. Dell PP2L Laptop serial #43307949169 with adapter;

5. NightOwl Camera System DVR with 500 GB hard drive serial #112A-CA-030585;

6. Magellan GPS serial #0733218730970;

7. Sony 1 GB Memory Stick ProMedia serial #G904L5L;

8. Black 16 GB Apple iPhone, model A1241, FCC ID: BCG-A1241;

9. White Tt Thermaltake PC tower with no serial number;

10. Iomega Silver External USB HDD with adapter serial #99A9052C7F;

11. Black and grey computer, unknown make/model, Windows product key #W2JKP-RY2GF-D2F2R-3DP69-KP2TT;

12. Fuji Film Digital Camera with SD card serial #33A10774;

13. Kodak Digital Camera with 2 GB SD card serial #KCXJB84201967;

14. Apple iMac 27-inch computer with power cord serial #C04FHZ7VDHJF;

15. Two (2) DVD-Rs;

16. Seven (7) CD-Rs;

17. Sony Handycam with tape (missing battery) serial #492410;

18. Kingston External HDD serial #08733994700739;

19. Motorola cell phone model MB810 serial #SJUG5853AB;

20. One-hundred and thirty-six (136) CD/DVDs;

21. Samsung Galaxy Tablet with power cord serial #R61BA30499V;

22. Black generic computer tower with no serial number;

23. Red 64 GB thumbdrive;

24. Black Pen USB thumbdrive;

25. Custom full computer tower with no serial number;

26. Cooler Master PC serial #RC690KKN011082900594;

27. Western Digital Mybook External HDD serial #WMAZA4848683;

28. Cooler Master PC serial #RC932KKN11JF094303105;

29. Fuji Film Digital Camera with SD card serial #21A13210;

30. 32 GB PNY USB thumb drive; and

31. Sony Digital Camcorder with 16 GB memory card, serial #1131557, with power cord

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 9th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE