BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
Fax (702) 974-4008
admin@justice-law-center.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:14-CR-00079 |
| Plaintiff, ) | |
| - vs. - ) | **NOTICE OF APPEAL** |
| BRYON QUACKENBUSH ) | |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that above named Defendant, BRYON QUACKENBUSH, through his attorney of record BRET O. WHIPPLE, Esq., of JUSTICE LAW CENTER hereby appeals to the United States Court of Appeals for the Ninth Circuit the Order Denying the Defendant's Motion to Suppress entered by the United States District Court on January 29, 2016 pursuant to page 20 of the Guilty Plea Agreement.

//

1

The judgment of conviction was filed on May 16, 2017.

DATED this 16TH day of May, 2017.

                                        /S/
                                        BRET WHIPPLE, ESQ.
Nevada Bar #6168
JUSTICE LAW CENTER
1100 South 10th St.
Las Vegas, Nevada 89104
(702) 731-0000
Attorney for Defendant

2